■ ROBERT WARNER, Appellant, v. LAURENCE KENAN, Respondent. ROMIE DAYS, Appellant, v. LAURENCE KENAN, Respondent.— Application for final order dismissing appeals granted.

■ (A) DONALD ATKINSON, Respondent, v. SPAULDING-YATES, INC., et al., Appellants. (B) JOSEPH G. D'APRILE, Respondent, v. BUONOMO'S INC., Appellant.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before April 12, 1961. Respondent's brief must be filed on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

■ (A) COMMERCIAL CREDIT CORP., Respondent, v. ALFRED PAGLIA et al., Appellants. (B) In the Matter of the BOARD OF ZONING APPEALS OF THE CITY OF SYRACUSE. ROBERT BARTH SALES, INC. (C) LAWLESS BROS. CONTAINER CORP., Respondent, v. DALE PACKING Co., INC., Appellant. (D) LOVELY BOYD, Appellant, v. STATE OF NEW YORK, Respondent. VIRGINIA BROMLEY, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to add case to March 1961 Calendar denied.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before April 17, 1961. Respondent's brief must be filed on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

■ (A) NOTTINGHAM REALTY Co., INC., v. SWAN CLEANERS SYRACUSE CORP. (B) In the Matter of HARRY RUBIN, Appellant, v. ANTHONY A. HENNINGER, as Mayor, et al., Respondents.— [In each action] Motion granted and case added to calendar for argument on April 5, 1961.

■ ETHEL SMITH, Appellant, v. CITY OF CORNING et al., Respondents.— Motion granted and order dismissing appeal, entered February 23, 1961 vacated; application to add case to March 1961 Calendar denied.

■ ALBERT E. BARTLETT, Respondent, v. TOWN OF GEDDES et al., Appellants. THOMAS MANITTA, Respondent, v. TOWN OF GEDDES et al., Appellants.— Motion granted and time for filing records and briefs extended to April 5, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SMIECH and HAROLD BALE, Appellants.— Motion granted to prosecute appeal on one original typewritten record and printed briefs.

■ In the Matter of VINCENT L. AUTRINO, Appellant, v. MARTIN EPSTEIN et al., Constituting the New York State Liquor Authority, Respondents.— Order of substitution of party entered.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT F. ROBINSON, Appellant.— Howard H. Hall, Esq., assigned as counsel to argue appeal on behalf of appellant.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK E. SIEZMORE, Respondent, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Appellant.— Argument of appeal adjourned to May 1961 Term; respondent to file five copies of typewritten brief on or before April 27, 1961.

■ GEORGE E. WATERMAN, Respondent, v. STATE OF NEW YORK, Defendant, and NEW YORK STATE THRUWAY AUTHORITY, Appellant.— Appellant's motion granted, judgment vacated and a new trial granted, without prejudice to the right of any party to apply to this court by motion returnable on or before June 27, 1961, for vacation of this order and reinstatement of the appeal, if it is found that an adequate record can be presented to this court. Respondent's motion to dismiss the appeal is denied as academic. Memorandum: (See People v. Himmel & Burtman, 10 A D 2d 622; Cassella v. Manikas, 8 A D 2d 587; People v. Lomoso, 284 App. Div. 670; People v. Gazza, 278 App. Div. 777; 8 Carmody-Wait, New York Practice, § 247, p. 698.) All concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD KOUJOURIAN, Appellant.— Motion granted to the extent that appeal may be prosecuted on typewritten briefs and certified judgment roll. District Attorney directed to serve and file brief on or before April 27, 1961 and case added to May 1961 Term Calendar.